UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL LEE ABBOTT,

        Plaintiff,        Case No. 1:13-cv-655

v.        Honorable Paul L. Maloney

SARA J. SMOLENSKI,

        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Dated:   July 22, 2013                     /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              Chief United States District Judge